THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN RIOS, Appellant. [737 NYS2d 310] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Attempted Robbery, 1st Degree.) Present—Pigott, P. J., Hayes, Wisner, Kehoe and Burns, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BOBBY SHABAZZ, Appellant, v TIMOTHY MURRAY, as Superintendent of Groveland Correctional Facility, Respondent. [737 NYS2d 311] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Livingston County, Cicoria, J.—Habeas Corpus.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE WILSON, Appellant. [737 NYS2d 311] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wyoming County Court, Dadd, J.—Promoting Prison Contraband, 1st Degree.) Present—Green, J. P., Hayes, Scudder, Kehoe and Burns, JJ.